AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Lynch, Sandra L. | **2. Court or Organization**<br><br>U.S. Court of Appeals, 1st Cir | **3. Date of Report**<br><br>09/24/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (active) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑   Amended Report | **6. Reporting Period**<br><br>01/01/2014<br>to<br>12/31/2014 |
| **7. Chambers or Office Address**<br><br>United States Courthouse<br>1 Courthouse Way, Suite 8710<br>Boston, MA 02210 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L.. | 09/24/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 09/24/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynch, Sandra L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Mass Muni MM | A | Dividend | L | T | | | | | |
| 2. Bank of America | A | Interest | K | T | | | | | |
| 3. ROLLOVER IRA (name change) (formerly FIDELITY TRADITIONAL IRA(H) | E | Dividend | M | T | | | | | |
| 4. - Fidelity Disciplined Equity | | | | | | | | | |
| 5. - Fidelity Cash Reserves | | | | | | | | | |
| 6. Fidelity Investments Core Cash | A | Interest | K | T | | | | | |
| 7. TRADITIONAL IRA (name change) (formerly IRA ROLLOVER ACCOUNT) (H) | F | Dividend | P1 | T | | | | | |
| 8. - Fidelity Low Priced Stock | | | | | Sold (part) | 01/24/14 | J | C | |
| 9. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 10. - Fidelity Capital and Income | | | | | | | | | |
| 11. - Fidelity Invest Grade | | | | | Buy (add'l) | 01/24/14 | J | | |
| 12. | | | | | Sold (part) | 02/07/14 | J | C | |
| 13. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 14. | | | | | Buy (add'l) | 04/03/14 | J | | |
| 15. | | | | | Sold (part) | 04/25/14 | J | A | |
| 16. | | | | | Buy (add'l) | 07/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | Sold (part) | 08/06/14 | J | A | |
| 18. | | | | | Sold (part) | 10/17/14 | J | B | |
| 19. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 20.  - Fidelity Blue Chip Growth | | | | | Sold (part) | 08/06/14 | J | C | |
| 21.  - Fidelity Advisor Strategic Inc CL I | | | | | | | | | |
| 22.  - Fidelity Ultra-Short Bond | | | | | Sold (part) | 01/24/14 | J | | |
| 23. | | | | | Sold (part) | 03/21/14 | J | B | |
| 24. | | | | | Sold (part) | 04/02/14 | K | A | |
| 25. | | | | | Sold | 04/25/14 | K | A | |
| 26.  - Fidelity Total Bond | | | | | Buy (add'l) | 01/24/14 | J | | |
| 27. | | | | | Sold (part) | 02/07/14 | J | C | |
| 28. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 29. | | | | | Sold (part) | 10/17/14 | J | B | |
| 30. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 31.  - Fidelity Advisor New Insights Cl I | | | | | Buy (add'l) | 02/07/14 | J | | |
| 32. | | | | | Sold (part) | 03/06/14 | J | C | |
| 33. | | | | | Sold (part) | 08/06/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Sold (part) | 12/11/14 | J | C | |
| 35. - Fidelity Growth Company | | | | | Sold (part) | 08/06/14 | J | B | |
| 36. - Fidelity Advisor High Income CL I | | | | | Sold (part) | 07/16/14 | J | A | |
| 37. - Fidelity Short Term Bond | | | | | Sold (part) | 01/24/14 | K | C | |
| 38. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 39. -Strategic ADV US Oppty II | | | | | Sold (part) | 03/21/14 | K | D | |
| 40. | | | | | Sold | 08/06/14 | M | F | |
| 41. - Strategic ADV Int'l II | | | | | Buy (add'l) | 01/24/14 | K | | |
| 42. | | | | | Sold (part) | 03/06/14 | J | C | |
| 43. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 44. | | | | | Sold (part) | 04/02/14 | J | B | |
| 45. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 46. | | | | | Sold (part) | 12/11/14 | J | B | |
| 47. -Fidelity Equity Income | | | | | Sold (part) | 08/06/14 | J | D | |
| 48. -Fidelity Value | | | | | Buy (add'l) | 08/06/14 | J | | |
| 49. -Fideliy Emerging Markets | | | | | Sold (part) | 07/16/14 | J | A | |
| 50. -Fidelity Stock Selector All Cap Fd | | | | | Buy (add'l) | 02/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Buy (add'l) | 03/21/14 | K | | |
| 52. | | | | | Buy (add'l) | 08/06/14 | M | | |
| 53. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 54. | | | | | Sold (part) | 10/17/14 | J | B | |
| 55. | | | | | Sold (part) | 12/11/14 | J | C | |
| 56. -Fidelity Focused High Income Fund | | | | | | | | | |
| 57. -FIMM MMKT Port Inst Cl | | | | | Sold (part) | 02/25/14 | J | | |
| 58. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 59. | | | | | Sold (part) | 05/20/14 | J | | |
| 60. | | | | | Sold (part) | 08/19/14 | J | | |
| 61. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 62. | | | | | Sold (part) | 11/25/14 | J | | |
| 63. -Fidelity Stock Selector Small Cap | | | | | | | | | |
| 64. -Fidelity Mega Cap Stock Fd | | | | | Buy (add'l) | 02/07/14 | J | | |
| 65. | | | | | Sold (part) | 07/16/14 | J | B | |
| 66. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 67. -Fidelity Real Estate Income | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -Fidelity Municipal Income | | | | | Sold (part) | 02/07/14 | J | A | |
| 69. -Fidelity Floating Rate High Income | | | | | Buy | 04/02/14 | K | | |
| 70. | | | | | Sold (part) | 04/25/14 | J | | |
| 71. -Fid Advisor Stock Selectr Mid Cap CL 1 | | | | | Buy | 10/17/14 | K | | |
| 72. -Fidelity Conservativ Income Bond FD CL I | | | | | Buy | 03/21/14 | K | | |
| 73. | | | | | Buy (add'l) | 04/25/14 | K | | |
| 74. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 75. | | | | | Sold (part) | 10/17/14 | J | | |
| 76. -Fid Large Cap Value Enhanced Index | | | | | Buy | 08/06/14 | L | | |
| 77. Esplanade Capital Ptnrs I LLC (See note section VIII) | E | Int./Div. | N | U | | | | | |
| 78. Condominium, Carrabassett Valley, ME (Y) | | | | | | | | | |
| 79. PAS BROKERAGE ACCOUNT(H) | | | | | | | | | |
| 80. - Fidelity Municipal Income | A | Dividend | K | T | | | | | |
| 81. - Fidelity Limited Term Muni Income | A | Dividend | J | T | | | | | |
| 82. - Fidelity Municpal Money Market | A | Dividend | J | T | | | | | |
| 83. -Deutsch Strategic High Yld Tax S(name change)(formerly DWS Strategic) | A | Dividend | K | T | | | | | |
| 84. -Deutsche Managed Muni Bond FD S (name chang)(formerlyDWS Managed Mun) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -Fidelity Advisor Int'l Discovery CL I | A | Dividend | J | T | Buy (add'l) | 05/07/14 | J | | |
| 86. | | | | | Sold (part) | 10/20/14 | J | | |
| 87. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 88. -Fidelity Real Estate Investment | A | Dividend | J | T | | | | | |
| 89. -Fidelity Capital & Income | A | Dividend | J | T | | | | | |
| 90. -Champlain Small Co. Fund Adv CL Conf | A | Dividend | J | T | Buy (add'l) | 05/07/14 | J | | |
| 91. -Allianz NFJ Small Cap Val Admin Class | A | Dividend | J | T | | | | | |
| 92. -Artisan Intl Value Fund Inv CL | | None | J | T | | | | | |
| 93. -Baron Growth | A | Dividend | J | T | | | | | |
| 94. -William Blair Int'l Growth Class N | A | Dividend | J | T | Buy (add'l) | 10/20/14 | J | | |
| 95. -Fam Value | | None | | | Sold (part) | 02/27/14 | J | C | |
| 96. | | | | | Sold | 05/07/14 | J | A | |
| 97. -JPMorgan Mid-Cap Value Fn Select CL | A | Dividend | J | T | | | | | |
| 98. -Hartford Growth Opportunity Class A | B | Dividend | J | T | | | | | |
| 99. -Hotchkins & Wiley Mid Cap Value CL A | A | Dividend | J | T | | | | | |
| 100. -Mainstay Lg Cap Grwth Fund Class A | A | Dividend | J | T | | | | | |
| 101. -T Rowe Price Equity Income Advisor CL | A | Dividend | J | T | Sold (part) | 02/27/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  -SSGA Emerging Markets | A | Dividend | J | T | | | | | |
| 103.  -Templeton Global Bond Class A | A | Dividend | J | T | Buy (add'l) | 02/27/14 | J | | |
| 104. | | | | | Sold (part) | 10/20/14 | J | | |
| 105. | | | | | Buy (add'l) | 12/03/14 | J | | |
| 106.  -Fidelity Mass Muni Income | A | Dividend | K | T | Buy (add'l) | 02/27/14 | J | | |
| 107. | | | | | Buy (add'l) | 12/03/14 | J | | |
| 108.  -Allianceber Muni Inc II Mass Cl A | A | Dividend | J | T | | | | | |
| 109.  -Parametric Emerging Mkts Inv Cl | | None | | | Sold (part) | 02/27/14 | J | | |
| 110. | | | | | Sold (part) | 12/03/14 | J | A | |
| 111. | | | | | Sold | 12/19/14 | J | A | |
| 112.  -JPMorgan US Equity FD Sel Cl | A | Dividend | J | T | | | | | |
| 113.  -MFS Int'l Div Fd A | A | Dividend | J | T | | | | | |
| 114.  -Allianz NFJ Dividend Value Fd Cl D | | None | | | Sold (part) | 02/27/14 | J | A | |
| 115. | | | | | Sold | 05/07/14 | J | B | |
| 116.  -Causeway Int'l Value Investor | A | Dividend | J | T | | | | | |
| 117.  -MFS Int'l Val Fd Cl A | A | Dividend | J | T | | | | | |
| 118.  -MFS Muni Mass Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -MFS Research Int'l Cl A | A | Dividend | J | T | | | | | |
| 120. -Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 121. -T. Rowe Price Tax Free Inc Adv | A | Dividend | J | T | | | | | |
| 122. -T. Rowe Price Tax Free Short Inter | A | Dividend | J | T | Sold (part) | 05/07/14 | J | A | |
| 123. | | | | | Sold (part) | 10/20/14 | J | A | |
| 124. -SPDR S&P 500 ETF | A | Dividend | K | T | Buy (add'l) | 12/23/14 | J | | |
| 125. -IShares TR Russell 1000 Value Index Fd | A | Dividend | K | T | Buy (add'l) | 12/23/14 | J | | |
| 126. -IShares TR Russell 1000 Growth Index Fd | A | Dividend | K | T | | | | | |
| 127. -T Rowe Price International Stock | | | | | Buy (add'l) | 02/27/14 | J | | |
| 128. | | | | | Merged (with line 151) | 07/18/14 | J | | |
| 129. -Aberdeen Emerging Mrkts Fd Instl Sv Cl | | None | | | Sold | 02/27/14 | J | | |
| 130. -Franklin Internatl Sm Cap Grwth Advisor | A | Dividend | J | T | Buy (add'l) | 10/20/14 | J | | |
| 131. -Nuveen Massachusetts Municipal Class I | | None | | | Sold (part) | 10/20/14 | J | A | |
| 132. -Wells Fargo Short Term Muni Inc-Instit | | None | | | Sold | 05/07/14 | J | | |
| 133. Sector Spdr Tr Shs Ben Int Financial | A | Dividend | J | T | Buy (add'l) | 03/03/14 | J | | |
| 134. | | | | | Buy (add'l) | 05/09/14 | J | | |
| 135. -Fidelity Low Priced Stock | A | Dividend | J | T | Buy | 05/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Sold (part) | 10/20/14 | J | | |
| 137. | | | | | Buy (add'l) | 12/03/14 | J | | |
| 138.  -SPDR Ser Tr Barclays Conv Secs ETF | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 139.  -Dreyfus Opportunisti midcap Value CL A | | None | | | Buy | 02/27/14 | J | | |
| 140. | | | | | Sold | 10/20/14 | J | | |
| 141.  -Invesco Convertible Securities FD CL | A | Dividend | | | Buy | 05/07/14 | J | | |
| 142. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 143. | | | | | Sold | 10/20/14 | J | | |
| 144.  -RS Small Cap Growth CL Y | | None | | | Buy | 02/27/14 | J | | |
| 145. | | | | | Sold | 05/07/14 | J | | |
| 146.  -Scout mid Cap Fund | | None | | | Buy | 10/20/14 | J | | |
| 147. | | | | | Sold | 12/03/14 | J | A | |
| 148.  -T Rowe Price New Horizons FD Inc | A | Dividend | | | Buy | 05/07/14 | J | | |
| 149. | | | | | Sold | 12/19/14 | J | | |
| 150.  -Oppenheimer Develpng Markets Fund Class I | | None | J | T | Buy | 12/19/14 | J | | |
| 151.  -T Rowe Intl Stock Advisor | A | Dividend | J | T | Sold (part) | 12/19/14 | J | A | |
| 152.  -Transamerica Intl Equity CL I | A | Dividend | J | T | Buy | 10/20/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. -Wasatch Frontier Emerging Small Co's | A | Dividend | J | T | Buy | 12/03/14 | J | | |
| 154. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 155. -Ishares Core S&P Small-cap ETF | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 156. -Ishares S&P Small Cap 600 Value ETF | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 157. IRA ROLLOVER ACCT NO 2(H) | A | Interest | J | T | | | | | |
| 158. - Fidelity Cash Reserves | | | | | | | | | |
| 159. IRA- 3(H) | | None | J | T | | | | | |
| 160. -Schwab US Treas Money Fund | | | | | | | | | |
| 161. SI INVEST ACCOUNT (IRA) (H) | F | Int./Div. | P1 | T | | | | | |
| 162. -Schwab US Treas Money Fund | | | | | | | | | |
| 163. -American Express | | | | | Buy (add'l) | 01/21/14 | K | | |
| 164. | | | | | Buy (add'l) | 08/18/14 | K | | |
| 165. -Apple Inc Com | | | | | Buy (add'l) | 01/21/14 | L | | |
| 166. -Avago Technologies Ltd Shs | | | | | Buy (add'l) | 01/21/14 | J | | |
| 167. -Bed Bath & Beyond | | | | | Buy (add'l) | 01/21/14 | K | | |
| 168. -Bhp Billiton Ltd Sponsored Adr | | | | | Buy (add'l) | 01/21/14 | K | | |
| 169. -Capital One Finl Corp Com | | | | | Buy (add'l) | 01/21/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -Caterpillar Inc Del | | | | | | | | | |
| 171. -Chevron Corp New Com | | | | | Buy (add'l) | 01/21/14 | K | | |
| 172. -Cognizant Tech Solutns Cl A | | | | | Buy (add'l) | 08/18/14 | J | | |
| 173. -Emerson Electric | | | | | Buy (add'l) | 01/21/14 | K | | |
| 174. -Exxon Mobil Corp | | | | | Buy (add'l) | 01/21/14 | L | | |
| 175. -Goldman Sachs Group Com | | | | | Buy (add'l) | 01/21/14 | K | | |
| 176. -Iberiabank Corp Com | | | | | Buy (add'l) | 01/21/14 | K | | |
| 177. -Invesco Ltd Shs | | | | | Buy (add'l) | 01/21/14 | K | | |
| 178. | | | | | Buy (add'l) | 07/21/14 | K | | |
| 179. -J P Morgan Chase & Co | | | | | Buy (add'l) | 01/21/14 | K | | |
| 180. -Mondelez Intl Inc Cl A | | | | | Buy (add'l) | 01/21/14 | K | | |
| 181. -National Oilwell Varco Com | | | | | Buy (add'l) | 01/21/14 | K | | |
| 182. | | | | | Sold | 06/20/14 | L | D | |
| 183. -Oracle Corp | | | | | Buy (add'l) | 01/21/14 | K | | |
| 184. -Qualcomm Inc Com | | | | | Buy (add'l) | 01/21/14 | K | | |
| 185. -Roche Hldg Ltd Sponsored Adr | | | | | Buy (add'l) | 01/21/14 | K | | |
| 186. | | | | | Buy (add'l) | 08/18/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187.  -Salesforce Com Inc Com | | | | | Buy (add'l) | 07/21/14 | J | | |
| 188.  -Schlumberger | | | | | Buy (add'l) | 01/21/14 | K | | |
| 189. | | | | | Buy (add'l) | 08/18/14 | K | | |
| 190.  -Siemens A G Sponsored Adr | | | | | Buy (add'l) | 01/21/14 | J | | |
| 191. | | | | | Donated (part) | | | | |
| 192. | | | | | Donated (part) | | | | |
| 193.  -Target Corp | | | | | Buy | 01/21/14 | K | | |
| 194.  -Thoratec Labs Corp Com New | | | | | Buy (add'l) | 01/21/14 | K | | |
| 195. | | | | | Sold | 08/07/14 | K | | |
| 196.  -Vanguard Ftse Emerging Markets Etf | | | | | Sold | 04/28/14 | K | | |
| 197.  -Vodafone Group Plc(New) | | | | | Sold (part) | 02/24/14 | J | | |
| 198. | | | | | Donated (part) | | | | |
| 199. | | | | | Sold | 04/04/14 | J | | |
| 200.  -Borgwarner Inc Com | | | | | Buy | 01/21/14 | L | | |
| 201. | | | | | Sold | 09/30/14 | K | | |
| 202.  -Thermo Fisher Scientific Inc | | | | | Buy | 01/21/14 | L | | |
| 203.  -Twenty First Centy Fox CL A | | | | | Buy | 02/14/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. -Verizon Communications Com | | | | | Buy | 02/24/14 | J | | |
| 205. | | | | | Sold (part) | 02/26/14 | J | | |
| 206. | | | | | Buy (add'l) | 07/15/14 | L | | |
| 207. | | | | | Buy (add'l) | 08/18/14 | K | | |
| 208. -Wynn Resorts Ltd Com | | | | | Buy | 04/28/14 | K | | |
| 209. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 210. -Google Inc Cl A | | | | | Buy | 01/21/14 | L | | |
| 211. | | | | | Donated (part) | | | | |
| 212. -Google Inc CL C | | | | | Spinoff (from line 210) | 04/03/14 | K | | |
| 213. | | | | | Donated (part) | | | | |
| 214. -Coca-Cola Company | | | | | Buy | 01/21/14 | L | | |
| 215. -Diageo PL C Spon ADR new | | | | | Buy | 01/21/14 | L | | |
| 216. -Flowers Foods Inc | | | | | Buy | 10/02/14 | K | | |
| 217. -Gilead Sciences Inc Com | | | | | Buy | 01/21/14 | L | | |
| 218. -Johnson & Johnson Com | | | | | Buy | 01/21/14 | L | | |
| 219. -Lululemon Athletica In Com | | | | | Buy | 10/02/14 | K | | |
| 220. -Now Inc Com | | | | | Buy | 07/15/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Donated (part) | | | | |
| 222. | | | | | Donated (part) | | | | |
| 223. Republic Bank | A | Interest | K | T | | | | | |
| 224. Adams Moutain LLC see note Part VIII | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 09/24/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investment limited partnership income whether passive or nonpassive is disclosed as "dividend" income.

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII - Esplanade Capital Ptnrs I LLC is a non-publicly traded LLC. The net income from the investment is reported as a dividend.

Part VII, Line 78 Condominium located in Carrabassett Valley, ME was transferred to a LLC. A 40% ownership in the LLC was retained, 60% ownership was gifted                    . The income of LLC is reported on Part VII, line 224.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Sandra L. Lynch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544